UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TWINCO, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES SMALL BUSINESS ADMINISTRATION, ISABELLA CASILLAS GUZMAN, in her official capacity as Administrator of the Small Business Administration, and JANET YELLEN, in her official capacity as the United States Secretary of the Treasury, and THE UNITED STATES OF AMERICA, <br><br> Defendants. | CASE NO. 3:24-cv-05061 <br><br> CORPORATE DISCLOSURE STATEMENT |

Pursuant to FRCP 7.1 and LCR 7.1, Plaintiff Twinco, Inc., by and through its counsel of record, submits this Corporate Disclosure Statement. Twinco, Inc. is a Washington corporation in good standing with its principal offices located at 2327 Glen Kerry Ct SE, Lacey WA  98153.  Twinco, Inc. is nongovernmental and does not have a parent corporation or publicly held corporation owning stock in it.  There is no parent, shareholder, member, or partner to identify as required by LCR 7.1(a)(1).

CORPORATE DISCLOSURE STATEMENT- 1 of 2
(No.: 3:24-cv-05061)
[4881-2072-5151]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVE, STE 2100
TACOMA, WA 98402
(253) 620-6500 - FACSIMILE (206) 676-7575

Dated this 19th day of January, 2024.

        GORDON THOMAS HONEYWELL LLP

By: */s/Ryan C. Espegard*_____
    Ryan C. Espegard, WSBA No. 41805
    1201 Pacific Ave, Ste 2100
    Tacoma, WA 98402
    (206) 676-7548
    respegard@gth-law.com

CORPORATE DISCLOSURE STATEMENT- 2 of 2
(No.: 3:24-cv-05061)
[4881-2072-5151]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVE, STE 2100
TACOMA, WA 98402
(253) 620-6500 - FACSIMILE (206) 676-7575