The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TWINCO, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE UNITED STATES SMALL BUSINESS ADMINISTRATION; ISABELLA CASILLAS GUZMAN, in her official capacity as Administrator of the Small Business Administration; JANET YELLEN, in her official capacity as the United States Secretary of the Treasury; and THE UNITED STATES OF AMERICA,<br><br>　　　　　　Defendants. | Case No. 3:24-cv-05061-BHS<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Defendants United States Small Business Administration; Isabella Casillas Guzman, in her official capacity as Administrator of the Small Business Administration; Janet Yellen, in her official capacity as the United States Secretary of the Treasury; and the United States of America, without waiving the defenses of insufficient service of process, lack of jurisdiction, or any other defense in the above-entitled cause of action, hereby enter their appearance by and through the undersigned attorney of record, listed below:

NOTICE OF APPEARANCE
[3:24-cv-05061-BHS] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone No. (206) 553-7970
Fax No. (206) 553-4073
Email:  kristin.b.johnson@usdoj.gov

You are advised that service of all further pleadings, notices, documents or other papers herein, exclusive of original process, may be made upon Defendants by serving the undersigned attorney at the address stated above.

DATED this 8th day of February, 2024.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney


*s/ Kristin B. Johnson*
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone No. (206) 553-7970
Fax No. (206) 553-4073
E-mail: kristin.b.johnson@usdoj.gov

Attorneys for Defendants

NOTICE OF APPEARANCE
[3:24-cv-05061-BHS] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970